# MANN WOOLDRIDGE KNEIDEL, P.C.

ATTORNEYS AT LAW
28 JACKSON STREET
P. O. BOX 310
NEWNAN, GEORGIA 30264-0310
(770) 253-2222
FAX (770) 253-8333

THEO D. MANN
R. BRIAN WOOLDRIDGE
JACQUELYN L. KNEIDEL

CHARLES VAN S. MOTTOLA
1922-2003

January 2, 2013

Clerk of the Bankruptcy Court
18 Greenville Street
P.O. Box 2328
Newnan, GA 30264

Re: Rose, Jennifer Ola
Chapter 7 Case No. 05-11049

Dear Clerk:

With regard to the above-referenced case, a stop payment was placed on Check No. 104 issued on April 5, 2012, to Resurgent Capital Services in the amount of $1,352.30, because the check has not cleared the bank. As a result, these funds are to be paid into the registry of the court. Enclosed please find Check No. 10001 made payable to Clerk of Bankruptcy Court.

Should you have any questions or require additional information or documentation, please do not hesitate to contact me.

Sincerely yours,

/s/ *Theo D. Mann*
Theo D. Mann

TDM/jlm
Enclosure

Filed in U.S. Bankruptcy Court
Newnan, Georgia

JAN 0 4 2013

M. Regina Thomas, Clerk

_____
Deputy Clerk

```
            U. S. BANKRUPTCY COURT
         NORTHERN DISTRICT OF GEORGIA
              NEWNAN DIVISION

              # 00082794 - KW
              January 4, 2013



Code        Case No      Qty      Amount By

UC          05-11049              $1,352.30 CK
   Judge  - W. H. Drake
   Debtor - J. O. ROSE


TOTAL:                            $1,352.30


FROM: Theo D. Mann
      28 Jackson Street
      PO Box 310
      Newnan, GA 30264
```